John J. COSTELLO, Plaintiff-Appellant,

v.

Justice **HOFSTADTER**, Justice Aurelio, et al., of the Supreme Court, First Dept., State of New York, Defendants-Appellees.

No. 36, Docket 24585.

United States Court of Appeals Second Circuit.

Argued Oct. 18, 1957.

Decided Oct. 18, 1957.

John J. Costello, New York City, appellant pro se.

Louis J. Lefkowitz, Atty. Gen. of State of New York (John R. Davison, Sol. Gen., Albany, N. Y., Samuel A. Hirshowitz and Philip Watson, Asst. Attys. Gen., of counsel), for appellees.

Before MEDINA, HINCKS and WATERMAN, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.